UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ADAN VILLANUEVA MEJIA,, Petitioner, v. WARDEN, DESERT VIEW FACILITY, Respondent. | No. 1:26-cv-09095-TLN-CKD P<br><br>ORDER |

Petitioner, an immigration detainee proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is detained in Adelanto, California, and his custodian is located in the Central District of California. Pursuant to 28 U.S.C. § 1631 and Respondents' unopposed motion to transfer venue, this action will be transferred to the United States District Court for the Central District of California.

In accordance with the above, IT IS ORDERED as follows:

1. Respondents' motion to transfer venue (ECF No. 10) is GRANTED.
2. This matter is transferred to the United States District Court for the Central District of California.
3. The Clerk of the Court is directed to close this case.

Dated: 11/12/26

8 meji9095.108.2241.imm

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE